**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : | CIVIL ACTION NO. MDL875 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| WILLIAM TESCH, | ) | |
| Plaintiff, | ) | No. 01-508 PA,/JGL |
| v. | ) | ASBESTOS CASE |
| BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, as Successor in Interest to the CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY, | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

COME NOW the parties, by and through their undersigned attorneys, and informs this Honorable Court that all disputes have been settled and agreed upon and this case may be dismissed with prejudice as to this Plaintiff only with each party bearing its own costs.

BRASHER LAW FIRM, L.C.

William A. Brasher #30155
One Metropolitan Square
211 North Broadway, Suite 2300
St. Louis, MO 63102
Attorney for Defendant

Dated: 6-9-03

JOHN ROVEN & ASSOCIATES

John D. Roven, Esq.
2190 N. Loop West
Suite 410
Houston, TX 77018
Attorney for Plaintiff

Dated: ____________

FILED 7.14.03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK VEM

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : | CIVIL ACTION NO. MDL875 |

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| WILLIAM TESCH,<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, as Successor in Interest to the CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY,<br><br>Defendant. | ) | No. 01-508 PAM/JGL<br><br>ASBESTOS CASE |

RECEIVED
BY MAIL
JUL 14 2003
CLERK US DIST COURT
ST. PAUL, MN

**PROPOSED ORDER OF DISMISSAL**

Pursuant to the Stipulation to Dismiss filed by the parties, IT IS HEREBY ORDERED that the above-entitled cause be and the same is hereby dismissed with prejudice as to this Plaintiff only with each party bearing its own costs.

Dated this 17th day of June _____, 2003.

/s/ Charles R Weiner
JUDGE
Charles R. Weiner