**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) : CIVIL ACTION NO. MDL875

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MN 3

CHARLES THELEN,
GERALD CLARK,

Plaintiff,

v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, as Successor in Interest to the CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY,

Defendant.

No. 01-508 PAM/JGL

ASBESTOS CASE

RECEIVED
BY MAIL
DEC 06 2004
CLERK, US DIST. COURT
ST. PAUL, MN

**~~PROPOSED~~ ORDER OF DISMISSAL**

Pursuant to the Stipulation to Dismiss filed by the parties, IT IS HEREBY ORDERED that the above-entitled cause be and the same is hereby dismissed with prejudice as to these Plaintiffs with each party bearing its own costs.

Dated this 19th day of November, 2004.

[signature]
JUDGE
Charles R. Weiner

SCANNED
DEC 6 2004
U.S. DISTRICT COURT MPLS