**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : | CIVIL ACTION NO. MDL875 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MN 3

CHARLES THELEN,
GERALD CLARK,

Plaintiff,

v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, as Successor in Interest to the CHICAGO, BURLINGTON AND QUINCY RAILROAD COMPANY,

Defendant.

No. 01-508 PAM/JGL

ASBESTOS CASE

RECEIVED
BY MAIL
DEC 06 2004
CLERK, US DIST. COURT
ST. PAUL, MN

**~~PROPOSED~~ ORDER OF DISMISSAL**

Pursuant to the Stipulation to Dismiss filed by the parties, IT IS HEREBY ORDERED that the above-entitled cause be and the same is hereby dismissed with prejudice as to these Plaintiffs with each party bearing its own costs.

Dated this 19th day of November, 2004.

Charles R. Weiner
JUDGE
Charles R. Weiner

SCANNED
DEC 6 2004
U.S. DISTRICT COURT MPLS